**920**

In the Matter of SIMONE N. GAZAN, Appellant, against JOSEPH S. CORBETT et al., Constituting the Zoning Board of Appeals of the Town of Brookhaven, Suffolk County, Respondents, and OCEAN SHORE REALTY CO., INC., Respondent.

Argued December 1, 1952; decided January 15, 1953.

*Simone N. Gazan,* in person, and *Le Roy B. Iserman* for appellant.

*Douglas E. Brown* for respondents.

Order affirmed, with costs; no opinion.

Concur: Loughran, Ch. J., Lewis, Conway, Desmond, Dye, Fuld and Froessel, JJ.   [See 305 N. Y. 693.]